**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JESSICA BATES, | No. 23-4169 |
| *Plaintiff - Appellant,* | D.C. No. 2:23-cv-00474-AN |
| v. | |
| Director FARIBORZ PAKSERESHT, in his official capacity as Director of the Oregon Department of Human Services; Deputy Director LIESL WENDT, in her official capacity as Deputy Director of the Oregon Department of Human Services; APRILLE FLINT-GERNER, in her official capacity as Interim Director of the Oregon Department of Human Services Child Welfare Division; REBECCA GARRISON, in her official capacity as certification supervisor for the Oregon Department of Human Services office in Malheur County; CECILIA GARCIA, in her official capacity as certification officer for the Oregon Department of Human Services office in Malheur Count, | ORDER |
| *Defendants - Appellees.* | |

Filed February 13, 2026

Before: Michael Daly Hawkins, Richard R. Clifton, and
Daniel A. Bress, Circuit Judges.

---

**ORDER**

A judge of this court sua sponte requested a vote on
whether to rehear this case en banc.  A vote was taken, and
the matter failed to receive a majority of the votes of the
nonrecused active judges in favor of en banc consideration.
*See* Fed. R. App. P. 40.

Rehearing en banc is **DENIED**.